3 A.3d 1223

SHEILA ARONBERG, AS GENERAL ADMINISTRATRIX AND AD-MINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF LAWRENCE R. ARONBERG, DECEASED, PLAINTIFF–RE-SPONDENT, v. WENDELL TOLBERT AND FLEETWOOD TAG-GART D/B/A FLEETWOOD TRUCKING, DEFENDANTS–MOV-ANTS.

September 10, 2010.

ORDERED that the motion for leave to appeal is granted.

3 A.3d 1223

ROBERT BUCK, PLAINTIFF–MOVANT, v. JAMES R. HENRY, M.D., DEFENDANT–RESPONDENT, AND SANOFI–AVENTIS, SANOFI–SYNTHELABO, INC., DEFENDANTS.

September 10, 2010.

ORDERED than the motion for leave to appeal is granted.

3 A.3d 1223

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JAMIYL DOCK, DEFENDANT–RESPONDENT,

September 10, 2010.

ORDERED that the motion for leave to appeal is granted.